# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

Paul Joseph Begnoche
  Plaintiff

v.

Judge Richard A. Lewis;

Clerk of Court Patti A. Sites;

District Attorney Francis T. Chardo;

Superintendent Melinda Adams
  Defendants

FILED
SCRANTON

SEP 29 2025

PER____DJ____
    DEPUTY CLERK

## HABEAS CORPUS

## EXTRAORDINARY WRIT OF HABEAS COPRPUS

*NOW COMES*, Paul Joseph Begnoche, sr. in Admirality moving this Honorable Court to Honor the Constitutional Rights guaranteed under Admirality.

## JURISDICTION

This Honorable District Court has exclusive subject-Matter Jurisdiction Pursuant to the admirality Art. 3, §2 of the United States Constitution.

## STATEMENT OF FACTS

1. Petitioner avers, the Constitution of the United States recognizes three areas of Jurisdiction in which courts may operate: (1) **Common** or **Natural law- Constitutional Jurisdiction** dealing with a criminal act that is punishable; (2) **Equitable Law Jurisdiction** which can only be of **Civil Action** and not criminal; (3) **Admiralty** or **Maritime Law Civil Jurisdiction** (A/M Jurisdiction) of compelled performance, which has criminal penalties for not adhereing to the letter of a contract, but only applies to **International Contracts**. Therefore, establishing there are only (2)- two criminal Jurisdictions addressed in the Constitution; one is under **Common Law**; and the other deals with **International Maritime Contracts** under **Admiralty**;

2. Plaintiff was not aware he was remotely apart and/or involved with an international Maritime Contract. The defendants filed a complaint making a **CLAIM** against the Plaintiff. However, in the Jurisdiction of Admirality you can not make a **CLAIM** unless you bond your **CIAIM**.

3. Plaintiff puts forward that there was no meeting of the minds and/or verbal or written contract when defendants initiated a filing of a *Bid Bond, Performance Bond*, and *Payment Bond*, and "*Equity does nor aid a Volunteer*." Defendants knowingly and willfully filed these bonds, and Plaintiff had no knowledge he had to discharge a **CLAIM** or he would be dishonoring the court, whereas "*Equity will not suffer a wrong without a remedy*." Plaintiff did not consent or sign off on any International Maritime Contract which bears his wet ink signature and denies the contract exists. Defendants' actions have resulted in Manifest Injustice, warranting Equitable intervention by this Honorable Court, due to "*Equity requires diligence, clean hands and good faith*."

## PRAYER OF RELIEF

**WHEREFORE**, Plaintiff respectfully Prays this Honorable Court:

**A.** Declare that plaintiff's Constitutional and equitable Rights were in Fact Violated by defendants;

**B.** Grant Equitable Relief including but not limited to, Vacating any adverse findings or Judgments resulting from the Unconstitutional proceedings;

**C.** ORDER such other and further relief as the Honorable Court deems Just and proper in **EQUITY**.

**Maximum:"Equity regards as done that which ought to have been done.**

3.

## **DECLARATION OF FACTS**

I, the plaintiff declare in utmost Good Faith and under penalties of Perjury that the Facts set-forth in the aforestated **STAMENT OF FACTS** are correct to the best of my knowledge, information, and beliefs.

Truthfully submitted by,

*[signature]*
Paul J. Begnoche, Sr
PA DOC KH1738
SCI MERCER
801 Butler Pike
Mercer, PA 16137-5653

Date: September  19 , 2025

4.

# **PROOF OF SERVICE**

I, Paul J. Begnoche, do certify, attest, and affirm that a copy of this Extraordinary Writ of Habeas Corpus was mailed via U.S. First Class Mail delivery on this 19th, day of September 2025, to the following:

Peter J. Welsh
Clerk of Court
Office of the Clerk
U.S. District Court
Middle District of Pennsylvania
Fedral Building
Scranton, PA. 18501

Judge Richard A. Lewis
Senior Judge
Dauphin County Court
Court of Common Pleas
101 Market Street.,
FL. 5, CTRM 1
Harrisburg, Pa 17101

Francis T. Chardo
District Attorney
Office of The District Attorney
Dauphin County Court
of Common Pleas
101 Market Street
Harrisburg, PA 17101

Patti A. Sites
Clerk of Court
Office of the Clerk
Dauphin County Court
of Common Pleas
101 Market Street, RM 100
Harrisburg, PA 17101

Respectfully submitted by,
*Paul J Begnoche, Sr.*
Paul Joseph Begnoche
PA DOC KH17 38
SCI MERCER
801 Butler Pike
Mercer, PA 16137-5653

Melinda Adams
Superintendent
SCI MERCER
801 Butler Pike
Mercer, PA 16137-5653

Date: September 19 2025

5.

# THE 12 MAXIMS IN EQUITY

1. **Equity acts upon the person (forcing him to do as conscience requires)**

2. **Equity will not suffer a wrong without a remedy**

3. **Equity imputs an intention to fullfill an obligation**

4. **Equity acts specifically and not by way of compensation**

5. **Equity regards that as done which ought to do in Equity**

6. **Equity requires him who seeks equity to do equity**

7. **Equity regards the beneficiary as the real owner**

8. **Equity delights to do complete jusitice and not by halves**

9. **Equity acts for those disabled to act for themselves**

10. **Equity looks to the intent rather than the form**

11. **Equity delights in equity**

12. **Equity requires diligence, clean hands and good faith**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANA

Paul Joseph Benoche
    Petitioner

v.

Judge Richard A. Lewis;

Clerk of Court Patti A. Sites;

District Attorney Francis T. Chardo;

Superintendent Melinda Adams
    Respondents

**CIVIL ACTION**

## AFFIDAVIT

Notice of Petitioners fee waiver exemption from civil fees
for original claim for damages for violations of four to
U.S.C. sections 1983, 1985, 1986, breach of Trust and injunction

By Paul Joseph Benoche under the Peace and Friendship Treaty, the Treaty of Delaware and the Bible, a man with a soul in his official capacity as a private attorney general and as a constitutional bounty hunter pursuant to congressional mandate of the United States Congress under Title 42 United States Codes public health and welfare and under Title 18 in the United States Code pursuant to Congressional Mandate of the Administrative Procedures Act 1946 60 stacked 237 and sets forth this document to be read and is required to be acted upon in equity and honor, with clean hands and in good faith as fiduciary for the Estates in Cesti Que Use, and hereby deposit this Affidavit of Notice of Petitioners fee waiver/exemption from civil filing fees for original actions for violations 42 U.S.C. sections 1983, 1985,1986, breach of trust and injunction and being first duly affirm according to law, having first hand knowledge of the facts herein, and being competent to testify, do affirm that the facts herein are stated by Paul Joseph Benoche are true, correct, and not misleading.

1. Petitioner Paul Joseph Benoche is confident to state the matter set forth herein.

2. Petitioner Paul Joseph Benoche has knowledge of the facts stated herein.

3. Petitioner Paul Joseph Benoche is over the age of 21 and is of the age of majority.

4. All facts herein stated are true, correct and complete, admissible as evidence, if called upon as a witness, Petitioner will testify to the varacity.

5. Petitioner does not have lawful money to pay the fee for filing this action Habeas Corpus.

6. Petitioner Paul Joseph Benoche does not receive income from any rental, pension, disablity or gifts at this time.

7. Petitioner has a God-given right to redress which is protected in the United States Constitution of America of 1787 and 1791 in the First Amendment the right to Petition.

8. Petitioner Paul Joseph Benoche has a right to redress

9. By Paul Joseph Benoche sui juris citizen of heaven and ambassador of the creator through the blood of the savior and the people of the one of the several states and requiring a republican form of government in equity. I'm before this court by special visitation on vacation from the profit-making state of Pennsylvania, without waiving any rights, defenses, statutory or procedural and demand this court provide notice to all that Paul Joseph Benoche will waive civil filing fee based on the document here within and the Petitioner verifies and affirms the facts stated herein are true, correct and complete in all material fact and not misleading or

misrepresented.

10. Petitioner Paul Joseph Benoche has no record or evidence that any fees, court cost, penalties, or any other financial medium is required to be paid, or forfeited, to any court or policing agency without the United States and within any State of the Union of states ADMIT-Libellee(s) listed within this document admit to the guilt of tort and the breaching of contracts against Paul Joseph Benoche under fictitiously falsity, a cloak to disguise a collateral undertaking and malicious vexation by legal process to Paul Joseph Benoche.

11. The U.S. Supreme Court has rules that a natural individual is entitled to relief, entitled to free access to its Judicial Tribunals and Public Offices in every State of the Union (2 Black 620; see Crandell v. Nevada, 6 Wall 35) *"Bobby should not be charged fees or cost for the law full and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fees rule was originally implemented for fictions and subjects of government"*, and should not be applied to Paul Joseph Benoche Petitioner who is a natural individual and entitled to relief (Hale v. Henkel, 201 U.S. 43) the fee is the statutroy creature moving within fictional faucity as if it is presumed to be standing as the amorized obligation; Ryan v. Motor Credit Company, 130 JJ Eq. 53, 23 A.2d 607.

12. This is the fiction of law, wherein fictional falsities are perfected by devious means,

3

read Valentines Law Dictionary, fiction. Something is presumed to be true, which is false. The alleged determination of committed cost of $400 to $500 for civil filings or court costs, fees, or penalties requires execution as a cloak to disguise a collateral undertaking in U.S. funds and is malicious vexation by legal process under the disguise/pretense of a lawful government to enforce the unwritten Master-slave relationship. "Although probable cause may not be infered from malice, malice may be infered from lack of probable cause" Paul v. Hall 335 N.W. 2d 197, 124 Mich App 255.) Malice is a state of mind and an essential element of action for malicious prosecution and is to be found by the drawer from case, and what probable cause is other element of action for malicious prosecution which must be privided by Plaintive, Lopez v. Modisitt 488 F. Supp 119 D.C. 1980.

### 1. **Acceptence of Constitutions and Oath of Office**

13. Notice to all officers of the Court point of law all contracts commence with an offer and only become binding upon acceptance see "contracts by farnsworth, third edition, section 3.3. pages 112, 113, infra". The Organic Constitution of the United States of America, and the state of Pennsylvania, and the Oath of Office of the above named pubic servants, amounts to nothing more than offer of an intention to act or refrain from actions in the specified way between the respective governments and the private American people and for the other purposes. Be it known by these presents that Paul Joseph Benoche do hereby accept the organic Constitution of the United States of America and the state of Pennsylvania, and the Oath of Office of the above named pubilc servents as you're open and binding offer of promise is to form a firm binding

4

contract between the respective government, their political instrumentalities, and above named pulic servents and myself in private capacity.

## 1.1 CONTRACT

14. I expect that, as a public servent, you will perform all your promises and stay within the limitations of you constitutions, create no unfounded presumptions, seek only true facts and tell the truth at all times and respect and protect my rights of personal liberty and private property and all rights antecedents thereto. The foregoing notice of the Acceptence of Constitution and Oath of Office is made explicitly with recourse and now constitutes a binding contract and any deviation therefrom will be treated as breach of contract and a violation of substantive due process.

## SUMMARY

15. Paul Joseph Benoche, will not be paying the filing fee to file his civil documents and if this court is not in agreement with what is stated in this document, this must be rebutted by counter Affidavit under penalty of perjury and state in accordance with the Constitution or common law the reason and case law to force Petitioner into pain of filing fees. Without Recourse.

*Paul J Benoche sr*
Paul Joseph Benoche-KH-1738/Petitioner
SCI-Mercer
801 Butler Pike
Mercer, Pennsylvania 16137

Executed on this 19th day of September
9/19/2025

5

US POSTAGE
$002.17
ZIP 16137
SEP 25 2025

FIRST-CLASS

Inmate Mail
PA Dept of Corrections

Paul Joseph Begnoche
PA DOC KH17138
SCI MERCER
801 Butler Pike
Mercer, PA 16137-5653

Peter J. Welsh
Clerk of Court
Office of the Clerk
United States District Court
Willaim J. Neolon U.S. Courthouse
P.O. Box 1148
235 North Washington Avenue
Scranton, PA 18501

RECEIVED
SCRANTON
SEP 29 2025
PER _____
DEPUTY CLERK